**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1588**

KEVIN ROBERTSON,

            Plaintiff - Appellant,

        v.

PETER V.R. FRANCHOT; JAMES T. LOFTUS,

            Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson Everett Legg, Chief District Judge. (1:07-cv-03042-BEL)

Submitted: October 20, 2009          Decided: October 23, 2009

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kevin Robertson, Appellant Pro Se. Brian L. Oliner, Michael Joseph Salem, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Annapolis, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Robertson appeals the district court's marginal order, entered on April 24, 2009, denying his motion to reconsider the dismissal of his civil action. We have reviewed the record and find the district did not abuse its discretion in denying Robertson's motion to reconsider. See Boryan v. United States, 884 F.2d 767, 771 (4th Cir. 1989) (providing review standard). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED